**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01988-CMA-MEH

KENNETH ADOLPHUS NEALY,

    Applicant,

v.

CHARLES DANIELS, Warden,

    Respondent.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss (Doc. # 15), signed by the attorneys for the parties hereto. The Court having considered the stipulation to dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his own costs.

DATED at Denver, Colorado, this  27th   day of April, 2011.

           BY THE COURT:

           _____
           CHRISTINE M. ARGUELLO
           United States District Court Judge